## ROGERS *vs.* CRAIG.*

1. If a man's family permanently reside in this state, the superior court of the county of their residence has jurisdiction of a case against him, and service by leaving a copy of the writ at his residence is sufficient, though he himself is absent and has been so for a considerable time, he not being permanently separated from his wife and family. Code, §1690.
2. It appearing from the record that this case was brought to the supreme court for delay only, damages are awarded against the plaintiff in error. 40 *Ga.*, 94, 157, 213 ; 42 *Ib.*, 233.

SPEER, Justice.

(Craig sued Rogers on a promissory note in Milton superior court. The service was by leaving a copy of the writ at the defendant's "residence," in that county. On the trial, defendant moved to dismiss the case for want of proper service. In support of this motion it was admitted that he had a wife and five children living permanently on the old family homestead, in Milton county; that he had not separated from his family, but that since 1879 he had been in the Indian Territory, excepting a few days preceding the trial. The motion was overruled; and this judgment was assigned as error.)

*No opinions or full reports are published in the following cases, under the provisions of the Act of March 2d, 1875.